GAS 245D (Rev. 10/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA
v.
James Ricardo Harris

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number: 1:21CR00031-1

USM Number: 59625-509

Kenneth D. Crowder
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory, standard, and special conditions of the term of supervision.
☐ was found in violation of ______________________ condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | October 18, 2023 |

See page 2 for additional violations

The defendant is sentenced as provided on pages 3 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s),_________________ , and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 9475

November 19, 2026
Date of Imposition of Judgment

Defendant's Year of Birth: 1991

Signature of Judge

City and State of Defendant's Residence:

Evans, Georgia

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
Name and Title of Judge

11/24/2026
Date

DEFENDANT: James Ricardo Harris
CASE NUMBER: 1:21CR00031-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | You failed to comply with the conditions of a curfew (special condition). | November 16, 2023 |
| 3 | You failed to comply with the conditions of a curfew (special condition). | May 8, 2024 |
| 4 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | January 29, 2025 |
| 5 | You knowingly left the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer (standard condition). | March 1, 2026 |
| 6 | You committed another federal, state, or local crime (mandatory condition). | January 16, 2026 |
| 7 | You committed another federal, state, or local crime (mandatory condition). | August 20, 2026 |
| 8 | You unlawfully possessed a controlled substance (mandatory condition). | August 20, 2026 |
| 9 | You possessed a firearm, ammunition, destructive device, or dangerous weapon (standard condition). | August 20, 2026 |

DEFENDANT: James Ricardo Harris
CASE NUMBER: 1:21CR00031-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 12 months custody, with no term of supervised release to follow.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ______________ ☐ a.m. ☐ p.m. on ______________________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on __________________________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on __________________________ to ______________________________

at _______________________ , with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL